IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY SHANE SKAGGS**                                                                **PLAINTIFF**

v.                                            Case No. 4:22-cv-01029-LPR

**WHITNEY HOWELL;**
**BENJAMIN HOWELL; and**
**UNITED STATES OF AMERICA**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) judgment is entered in favor of Mrs. Howell on the abuse of process claims brought against her; (2) the abuse of process, false light invasion of privacy, and defamation claims brought against Mr. Howell/the United States are dismissed without prejudice;[1] and (3) the remaining claims are remanded to the state court from whence they came.

IT IS SO ADJUDGED this 29th day of July 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The United States was substituted in as a defendant with respect to the abuse of process, false light invasion of privacy, and defamation claims brought against Mr. Howell. *See* Order (Doc. 112) at 27.